**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| ANNIE SKINNER, AS ASSIGNEE OF ANDREW POSTON,<br><br>Plaintiff,<br><br>v.<br><br>HORACE MANN INSURANCE COMPANY,<br><br>Defendant. | **CASE NO.: 4:18-CV-00922-RBH**<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S OFFER OF JUDGMENT** |

**TO: THIS HONORABLE COURT AND ALL COUNSEL OF RECORD**

YOU WILL PLEASE TAKE NOTICE that Plaintiff, Annie Skimmer, as assignee of Andrew Poston ("Plaintiff"), hereby withdraws her Offer of Judgment (ECF No. 8) filed with this Court on April 19, 2018.

[signature block on following page]

Respectfully submitted,

**ANASTOPOULO LAW FIRM, LLC**

***s/ Benjamin W. Lee***
Eric M. Poulin, Esquire
Fed. I.D Number: 11251
*eric@akimlawfirm.com*
Roy T. Willey, IV, Esquire
Fed. I.D. Number: 11664
*roy@akimlawfirm.com*
Benjamin W. Lee, Esquire
Fed. I.D. Number: 12697
*ben@akimlawfirm.com*
32 Ann Street
Charleston, S.C 29403
(843) 614-8888

**ATTORNEY FOR PLAINTIFF**

Charleston, South Carolina
June 7, 2018